IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOSEPH SPARKS, | : | Case No. 1:21-cv-00218 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| MERRICK BANK CORPORATION and TRANS UNION, LLC, | : | |
| | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

Pursuant to the Notice of Settlement as to Defendant Merrick Bank Corporation filed June 14, 2021 (Doc. 11), it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO


By:      /s/ Matthew W. McFarland
JUDGE MATTHEW W. MCFARLAND